1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9   RODERICK WASHINGTON,                        CV F   06-0316 AWI SMS HC

10                        Petitioner,           ORDER REGARDING PETITIONER'S
                                                MOTION REGARDING PAYMENT OF
11          v.                                  FILING FEE AND

12                                              [Doc. 7]
    J. WOODFORD,
13
                         Respondent.
14   _____/

15
16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.

18          On May 30, 2006, the Court denied Petitioner's motion to proceed in forma pauperis

19   finding that Petitioner had sufficient funds to pay the $5.00 filing fee for this action, and

20   Petitioner was directed to pay the filing fee within thirty days from the date of service.  (Court

21   Doc. 6.)

22          On June 8, 2006, Petitioner filed a motion entitled "Motion To Order Prison Official To

23   Send And/Or Reissue Check."  (Court Doc. 7.)  Petitioner states his application to proceed in

24   forma pauperis previously filed in this case demonstrates that Petitioner attempted to send $90.00

25   check for payment of the filing fee for his actions filed in this Court on April 11, 2006.

26   However, examination of the application to proceed in forma pauperis, filed May 15, 2006, does

27   not support Petitioner's contention, nor has the Court received the $5.00 filing fee in this action.

28   Accordingly, IT IS HEREBY ORDERED:

1

1.       Petitioner is granted an additional thirty (30) days from the date of service of this order, to submit the $5.00 filing fee for this action; and

2.       Failure to comply with this order will result in the action be dismissed for failure to comply with a court order.  Local Rule 11-110

IT IS SO ORDERED.

**Dated:**   **November 19, 2006**           **/s/ Anthony W. Ishii**
0m8i78                           UNITED STATES DISTRICT JUDGE

2